1  Andrew Galvin, Esq. (SBN 261925)
   Barnes & Thornburg LLP
2  655 W. Broadway, Suite 1300
   San Diego, CA. 92101
3  619-321-5000
   Andrew.galvin@btlaw.com
4
5  Attorneys for Defendant
   WHIRLPOOL CORPORATION
6

7

8              UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

10
   METROPOLITAN DIRECT                    Case No.:
11 PROPERTY AND CASUALTY
   INSURANCE COMPANY,
12
                   Plaintiff,
13                                        **WHIRLPOOL CORPORATION'S
        v.                                NOTICE OF REMOVAL**
14
   WHIRLPOOL CORPORATION, et
15 al.,
16                 Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1  **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR**
2  **THE CENTRAL DISTRICT OF CALIFORNIA:**

3        Defendant Whirlpool Corporation ("Removing Defendant"), by counsel, pursuant
4  to 28 U.S.C. §§ 1441 and 1446, hereby removes the state-court action entitled
5  *Metropolitan Direct Property and Casualty Insurance Company v. Whirlpool*
6  *Corporation, et al.;* Case No. 30-2022-01243410-CU-PO-CJC, filed by Plaintiff
7  Metropolitan Direct Property and Casualty Insurance Company ("Plaintiff") from the
8  Superior Court of the State of California, County of Orange to the United States District
9  Court for the Central District of California, Southern Division, which is the judicial
10 district and division in which the action is pending, on the following grounds:

11       Plaintiff filed a Complaint in the Orange County Superior Court on February 1,
12 2022, asserting claims for property damages from alleged negligence and products
13 liability involving a Whirlpool dishwasher.  (*See* Summons and Complaint, copies of
14 which are attached as Exhibit A.)  Removing Defendant was served on July 1, 2022.

15                    **JURISDICTIONAL BASIS FOR REMOVAL**

16       This Court has jurisdiction over this action under 28 U.S.C. §§ 1332 and 1446(b)
17 because (1) there is complete diversity of citizenship between the named plaintiff and
18 the named defendant, and (2) the amount in controversy exceeds $75,000, exclusive of
19 interest and costs.

20       Plaintiff is, and at the time of filing of this action was, a company organized and
21 existing under the laws of the state of Rhode Island, with its principal place of business
22 in the state of Rhode Island.  Thus, Plaintiff is a citizen of the state of Rhode Island.

23       Removing Defendant Whirlpool Corporation is, and at the time of filing of this
24 action was, a corporation existing under the laws of the state of Delaware, with its
25 principal place of business in the state of Michigan.  Thus, Whirlpool is a citizen of the
26 states of Delaware and Michigan.

27       Thus, because no named defendant is a citizen of the state of Rhode Island, this
28 case involves "citizens of different States."  *See* 28 U.S.C. § 1441(b).

WHIRLPOOL CORPORATION'S NOTICE OF REMOVAL

Plaintiff seeks to recover property damages in the amount of $90,841.46.  *See* Plaintiff's Complaint.  Thus, the amount in controversy in this matter exceeds $75,000, exclusive of interest and costs, as required by 28 U.S.C. § 1332.

Removal of this action is not prohibited by 28 U.S.C. § 1445.

## TIMELINESS OF REMOVAL

Removing Defendant Whirlpool Corporation was served with a copy of the Complaint on July 1, 2022.  Thus, Removing Defendant filed this Notice of Removal within thirty days of the date it was served with this removable action, and within the time prescribed for filing this Notice of Removal under 28 U.S.C. § 1446.

## PROCEDURAL REQUIREMENTS FOR REMOVAL

Plaintiff filed this case in the Superior Court of the State of California, County of Orange.  The United States District Court for the Central District of California, Southern Division, embraces Orange County.  Thus, this Court is a proper venue for this action. 28 U.S.C. § 84.

A copy "of all process, pleadings, and orders" filed in this action are attached to this Notice of Removal as required by 28 U.S.C. § 1446(a). (*See* Exhibit B).

Written notice of the filing of Removing Defendant's Notice of Removal has been served on counsel for Plaintiff as evidenced by the attached proof of service.  A true and correct copy of the Notice of Removal, with attached exhibits, will also be filed with the Orange County Superior Court.

WHEREFORE, Removing Defendant Whirlpool Corporation hereby removes this action from the Superior Court of the State of California, County of Orange, to this United States District Court for the Central District of California.

Dated:  July 29, 2022                    BARNES & THORNBURG LLP


By  */s/ Andrew Galvin*
                                   Andrew Galvin
                                   Attorneys for Defendant
                                   WHIRLPOOL CORPORATION

2
WHIRLPOOL CORPORATION'S NOTICE OF REMOVAL

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is: 655 W. Broadway, Suite 1300, San Diego, CA 92101.

On July 29, 2022, I served the foregoing document(s) described as: **WHIRLPOOL CORPORATION'S NOTICE OF REMOVAL** on the interested party(ies) below, using the following means:

Mark Susson, Esq.
Susson Law, A Professional Corporation
2 Corporate Plaza Drive, Suite 275
Newport Beach, CA 92660
(949)706-6900 (949) 706-6903
*Attorneys for Plaintiff*
*Metropolitan Direct Property and Casualty Insurance Company*

☒ BY UNITED STATES MAIL   I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 29, 2022 at San Diego, California.

Angela Stevens
*[Print Name]*

*[Signature]*

1
PROOF OF SERVICE