Andrew Galvin, Esq. (SBN 261925)
Barnes & Thornburg LLP
655 W. Broadway, Suite 1300
San Diego, CA. 92101
619-321-5000
Andrew.galvin@btlaw.com

Attorneys for Defendant
WHIRLPOOL CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>                          Plaintiff,<br><br>        v.<br><br>WHIRLPOOL CORPORATION, et al.,<br><br>                          Defendants. | Case No.: 8:22-cv-01415-DFM<br><br>U.S. Magistrate Judge,<br>Hon. Douglas F. McCormick<br>Santa Ana Courthouse<br>Courtroom: 6B<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:   February 1, 2022<br>Removed:              July 29, 2022<br>Trial Date:            Not Set |

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

The parties have reached a settlement in this matter.  We are timely memorializing the terms of the settlement and expect to file a joint stipulation of dismissal with prejudice pursuant to FRCP 41(a)(1) within thirty (30) days.

Dated:  August 2, 2022                    Respectfully Submitted,

BARNES & THORNBURG LLP


By  */s/ Andrew Galvin*
    Andrew Galvin
    Attorneys for Defendant
    WHIRLPOOL CORPORATION

1

NOTICE OF SETTLEMENT

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 655 W. Broadway, Suite 1300, San Diego, CA 92101.

On August 2, 2022, I served the foregoing document(s) described as:  **NOTICE OF SETTLEMENT**

on the interested party(ies) below, using the following means:

Mark Susson, Esq.
Susson Law, A Professional Corporation
2 Corporate Plaza Drive, Suite 275
Newport Beach, CA 92660
(949)706-6900 (949) 706-6903
*Attorneys for Plaintiff*
*Metropolitan Direct Property and Casualty Insurance Company*

☒ (BY ELECTRONIC MAIL – CCP § 1010.6(a)(6)) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused such documents described herein to be sent to the persons at the e-mail addresses listed below.

☐ BY UNITED STATES MAIL   I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Diego, California.

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 2, 2022 at San Diego, California.

Angela Stevens _____          _____
*[Print Name]*                                              *[Signature]*