1  Andrew Galvin, Esq. (SBN 261925)
   Barnes & Thornburg LLP
2  655 W. Broadway, Suite 1300
   San Diego, CA. 92101
3  619-321-5000
   Andrew.galvin@btlaw.com
4
5  Attorneys for Defendant
   WHIRLPOOL CORPORATION
6
7
8  UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION
10

| | |
|---|---|
| METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WHIRLPOOL CORPORATION, et al.,<br><br>　　　　　　Defendants. | Case No.: 8:22-cv-01415-DFM<br><br>U.S. Magistrate Judge,<br>Hon. Douglas F. McCormick<br>Santa Ana Courthouse<br>Courtroom: 6B<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:　February 1, 2022<br>Removed:　　　　July 29, 2022<br>Trial Date:　　　　Not Set |

1   IT IS HEREBY STIPULATED by and between the parties to this action through
2   their designated counsel that the above-captioned action be and hereby is dismissed with
3   prejudice pursuant to Fed. R. Civ. P., 41(a)(1).

Dated: August 31, 2022                    Respectfully Submitted,

BARNES & THORNBURG LLP


By /s/ Andrew Galvin
   Andrew Galvin
   Attorneys for Defendant
   WHIRLPOOL CORPORATION


SUSSON LAW, PC


By: _____
   Mark Susson
   Attorney for Plaintiff
   METROPOLITAN DIRECT PROPERTY
   AND CASUALTY INSURANCE
   COMPANY

1
NOTICE OF SETTLEMENT

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is: 655 W. Broadway, Suite 1300, San Diego, CA 92101.

On August 31, 2022, I served the foregoing document(s) described as:

**STIPULATION OF DISMISSAL WITH PREJUDICE**

on the interested party(ies) below, using the following means:

Mark Susson, Esq.
Susson Law
A Professional Corporation
2 Corporate Plaza Drive, Suite 275
Newport Beach, CA 92660
(949)706-6900
mark@sussonlaw.com
*Attorneys for Plaintiff*
*Metropolitan Direct Property and Casualty Insurance Company*

☒ (BY ELECTRONIC MAIL – CCP § 1010.6(a)(6)) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused such documents described herein to be sent to the persons at the e-mail address listed above.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 31, 2022 at San Diego, California.

Angela Stevens
*[Print Name]*          *[Signature]*